## **STATEMENT OF FACTS**

On or about September 7, 2015, officers with the Metropolitan Police Department Narcotics and Special Investigation Division Gun Recovery Unit received information that a described individual was standing next to a brown GMC Envoy that was parked in the 800 Block of H Street, N.E., Washington, DC and that there was a gun in the vehicle. The information received by the officers included the license plate number for the vehicle and a detailed description of the individual. The officers arrived in the area and saw the defendant Albert Jones standing next to the driver's side door of the Envoy. The defendant completely matched the description that had been received by the officers. The officers spoke with the defendant and he denied that he had a vehicle in the area. The officers ran a check on the license plate of the Envoy and determined that it was registered to the defendant. The officers recovered the keys to the Envoy from the defendant and unlocked the automobile. They searched the Envoy and recovered a black HI Point .45 caliber semi-automatic handgun and a loaded magazine inside a black travel bag that was lying on the driver's seat. The officers searched a jacket that was wrapped around the driver's seat and recovered 43 zips and 8 plastic bags of heroin and 7 plastic bags of crack. The heroin weighed 19.1 grams and the crack weighed 21.6 grams. The crack cocaine field tested positive for cocaine base and the heroin field test positive for opiates. The approximate weight of both narcotics indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant. To the best of the undersigned officer's knowledge, defendant Albert Jones has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case No. 1980-FEL-004452. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no HI Point .45 caliber semi-automatic handguns nor .45 caliber ammunition manufactured in the District of Columbia.

                                                  _____
                                                  OFFICER PATRICT VAILLANCOURT
                                                  METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF SEPTEMBER, 2015.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE